UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

                      Plaintiff,

        -v-

TRISURA SPECIALTY INSURANCE COMPANY,

                      Defendant.

21 Civ. 4327 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A case management conference is hereby scheduled for **January 4, 2022, at 9:30 a.m.** Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. If either party wishes to move for summary judgment, they are to file a pre-motion letter no later than 14 days following the close of fact discovery, in accordance with Rule 3.H of the Court's Individual Rules.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: November 9, 2021
       New York, New York