UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

                      Plaintiff,

-v-

TRISURA SPECIALTY INSURANCE COMPANY,

                      Defendant.

21 Civ. 4327 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court set the following due dates:

- By March 28, 2022, the parties' joint stipulation of undisputed facts;
- By April 18, 2022, plaintiff's opening brief in support of summary judgment;
- By May 9, 2022, defendant's brief in opposition to plaintiff's opening brief; and
- By May 19, 2022, plaintiff's reply brief in support of summary judgment.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 8, 2022
       New York, New York